AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00251 |
| Lance White | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 9/13/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Lance White,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds,
18 U.S.C. § 1752(a)(1) - Knowingly enter or remain in any restricted building or grounds without lawful authority to do
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/13/2023                                   *[signed]* 2023.09.13 17:12:34 -04'00'
                                                                *Issuing officer's signature*

City and state:    Washington, D.C.                Robin M. Meriweather, U.S. Magistrate Judge
                                                                *Printed name and title*

---

### Return

This warrant was received on (date) 9/13/2023, and the person was arrested on (date) 9/18/2023
at (city and state) [redacted] Barkeesville, NY

Date: 9/18/2023                              *[signed]*
                                                            *Arresting officer's signature*

                                                            Brad Theroux, Special Agent
                                                            *Printed name and title*