UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                        23-cr-360(DLF)

LANCE WHITE

**MEMORANDUM IN AID OF SENTENCE**

Lance White, by and through undersigned counsel, does hereby submit the following Memorandum in Aid of His Sentence.

**I. Background of this matter.**

Lance White appears before this Court having pled guilty to a single misdemeanor count of Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. Section 1752 (a)(1).

His conviction arises from the events of January 6, 2021 at the United States Capitol. Lance White voluntarily entered his plea of guilty on November 3, 2023. He has been released on his own personal recognizance since the date of his arrest. Mr. White has been in perfect compliance with all conditions of his release throughout the pendency of this matter.

**2. Defendant's personal background**

1

Mr. White is 53 years of age and has resided in upstate New York for the majority of his life. His father is a retired maintenance worker and his mother passed away 13 years ago from cancer. He has a 61 year old brother who resides in upstate New York but does not maintain a close relationship with this brother; He has a 60 year old sister who resides in South Carolina with whom he speaks approximately once a month; another sister, age 58, resides in South Carolina and defendant is rebuilding his relationship with this sibling; and a paternal half-sister with whom he speaks approximately one time per month.

Lance White is the proud and devoted parent of one teenage son, Jackson White, age 14. Mr. White is the custodian of his teenage son and it is fair and accurate to state that Mr. White's life revolves around raising his son. A letter from Jackson White is attached to this Memorandum.

Lance White was married to Bethany Lasch in New York on October 21, 2017. They do not reside together. Ms. Lasch suffers from Bipolar 1 and has physically abused defendant. In a recent event, on November 23, 2023, Ms. Lasch assaulted defendant in front of their son resulting in her arrest and placement in a psychiatric facility. NCIC records confirm there is an active Temporary Restraining Order against Bethany Lasch. The Temporary Restraining Order remains in effect until May 27, 2024.

Lance White, when not working, is 100 % involved in his son's life. He has enrolled Jackson in a therapy program at school and accompanies Jackson to church services. Jackson is an avid baseball player and Lance White regularly attends his practices and games. He is trying to enroll Jackson in a summer youth baseball program for advanced players.

Prior to COVID, Defendant attended therapy for domestic violence abuse in Albany, New York. He attended 4-5 sessions. His purpose in attending the sessions was to process the trauma and help his son who, as a preteen and young teen, was experiencing the destabilizing effects of violence within the family unit.

Lance White attended Columbia-Greene Community College in Hudson, New York and earned an Associate's Degree. He is currently employed as a carpenter with First Impression Siding in Clifton Park, New York. His pay stub for December 29, 2023 through January 4, 2024 evidenced gross pay of $1,040 and net weekly pay of $889.57.

Lance White has no prior juvenile adjudications and no adult criminal convictions. His subtotal criminal history score is zero and he has a criminal history category of 1.

**III. Defendant's acceptance of responsibility**

From the day that undersigned counsel entered his appearance in this matter, defendant has fully and without qualification accepted responsibility for his actions in this matter. Lance White has repeatedly stated that his actions on January 6, 2021 was the biggest mistake he has made in his life. He is profoundly remorseful for the pain this has caused to others and for the damage that resulted to the United States Capitol.

Lance White had been a law-abiding person his entire life up to January 6, 2021. Since the events of that date, he has spent a great deal of time thinking about his actions and understanding the wrongfulness of his behavior. He is truly committed to not repeating the mistakes of January 6, 2021 again and to pursuing a crime free and productive life.

Undersigned counsel can state that Lance White has been an incredibly pleasant, forthcoming and cooperative client. He responds to every request of counsel and has given this case the priority and attention that is warranted. Mr. White's primary concerns are that he be able to continue to devote the majority of his time, energy and resources to raising his son and to provide his son with a stable home environment.

Lance White's perfect record of pretrial compliance, coupled with his background and dedication to parenting his son, provide ample reason to conclude there is no expectation of recidivism.

## IV. Support from defendant's community

Defendant submits the following letters of support from family members and friends in his community:

1. Jackson White (son): Jackson expresses his profound love for his father and attests to defendant's being present every day of Jackson's life. He expresses his gratitude for his father's sacrifices for him. Most importantly, Jackson sincerely asks that his father not have to go to prison as "He is the only person I have left."

2. Thomas White (father): Mr. White expresses his love for his son and describes him as "honest, trustworthy and hardworking." He further notes defendant's dedication as a parent and as an enthusiastic supporter of Lance White's son's athletic pursuits.

3. Vivian White Sharkey (Friend/co-worker/sister-in-law): Ms. Sharkey has known defendant since he was a teenager in a number of different ways. She attests to his good nature, responsibility and love for his son.

4. Gordon Hess (friend): Mr. Hess and defendant have been friends for 40 years. He describes Lance White as a loyal friend and cheerful person and as "give you the shirt off his back kind of guy."

5. Pamela White Passaretti (Sister): Ms. White grew up with defendant and sincerely expresses her view of him as hardworking, loyal, faithful and

respectable. Mr. White is portrayed as a devoted father who commits himself to parenting his teenage son.

6. Bob Martin (First cousin): Mr. Martin has known defendant his entire life and they worked together for 20 years. Mr. Martin, like so many others, describes Mr. White as dependable and compassionate man who is always available to assist others.

7. Teri Drumgold (Defendant's aunt): Mr. Drumgold has known Mr. White his entire life and describes him as a man who has "led a life of being a hard worker, a good man, and an amazing father to his son Jackson."

8. Nick Ricciardone (Oner First Impression, supervisor): Mr. Ricciardone is the owner of a business that has employed Lance White. He attests to Mr. Whites's reliability and dependability as an employee and as a parent.

9. Salvatore Ricciardone (co/worker). This gentleman discusses the reliability and dependability of Lance White as a coworker.

## CONCLUSION

Lance White appears before this Court for sentencing as a completely remorseful person who has readily admitted to the behavior for which he stands convicted. Mr. White has been an exceptionally polite and cooperative client and his stated goal throughout the duration of the

proceedings was to accept responsibility for his actions and to continue his life as a caring, devoted parent and a responsible adult.

Lance White has tremendous support within his community as evidenced by the heartfelt and genuine letters that are attached to this Memorandum. The conduct that brings Lance White before the Court was entirely out of the ordinary for Mr. White and there is nothing to suggest that such conduct will be repeated.

Lance White is eligible for a period of probation. A sentence of probation has been recommended. Defendant asks the Court to impose a period of probation as his sentence with as few restrictions as this Court deems just and proper.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Steven R. Kiersh#323329
                                            5335 Wisconsin Avenue, N.W, Suite 440
                                            Washington, D.C. 20015
                                            (202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and a accurate cop of the foregoing was served, via the Court electronic system, upon all counsel of record on this the _____19th_____ day of February, 2024.

_____/s/_____ [signature]
Steven R. Kiersh



Dear Judge my father has been there for me since day one, he has always taken care of me when no one else was there. My father loves me and would do anything to help and protect me. I love my father for everything that he does for me and sacrifices for me. Please do not put my dad in Jail he is the only person I have left.

Juan Ulde 02/12/2024

Feb 14, 2024

To Whom It May Concern,

Lance Douglas White is my youngest son. He has always been an honest, trustworthy, hard working individual.

He is a good father to Jackson, and will do anything for him. He stands behind him 100% in sports and all other activities.

Whenever he needs help or advice, he calls me, and I do what I can. The only problem we have is living so far apart, as I live in Florida.

Please excuse the writing, as I have severe Neuropathy in my body, and my fingers are numb.

Sincerely,

Thomas Y. White

Father

Dear Steve,

I know Lance well since he is a teenager. He worked with me in my parents' family business and he later became my brother-in-law.

Lance has a son, Jackson, whom he has sent his time teaching through sports and love. When my son Eric was a little boy, Lance came to pick him up and take him skiing with Jackson.

Lance has the best in mind for Jackson.

Sincerely yours,

Vivian



To Whom it May Concern:

I have known Lance White for approx. 40 years. He is a loyal friend and all around good person. Never seen him mad. Always has a smile on his face.

Hard worker, pays his bills & give you the shirt off his back kind of guy.

Sue Hess
Gordon Hess

Lance was my roommate for many years

Feb 15, 2024

TO: Steve Kiersh / Attorney at Law
From: Pamela White Passaretti
Re: Lance Douglas White / Jackson White

Dear Mr. Kiersh,

Lance White is my youngest brother of four siblings. He has always been a part of my life since 6-12-70. He was raised the same as I was, by Marilyn and Tom White in the same household till I was 18 years old. We were brought up with the same values: Work hard, be honest, loyal, faithful and be respectable. Lance raises his son Jackson to have these same values, and he pushes Jackson to be "THE BEST HE CAN BE" at everything he does. Lance has always been there as a Dad for Jackson since birth 10-3-2009. He is a great Dad, tough, but dependable and 100% reliable. Lance puts everything he has into Jack's life, every penny he makes, and all of his spare time. He has raised his son to be an exceptional athlete, and he makes our family proud.

To Whom it May Concern

My name is Bob Martin and I am a First Cousin to Lance White. I have known Lance my entire life. In 1995 I took a job as superintendant of a 96 unit Senior Citizen Complex for Low-income Seniors. Shortly After Lance came and worked with me for approximately 20 years. Working with Seniors Lance showed compassion and care towards the residents. Eventually Lance got married and had a Son - Jackson. His love for his Family has always been strong. His son is his life. He makes a great Husband + Father. He has always put his Family before his own desires in life. Lance has always been very dependant, Reliable, and I could call him any hour of the day and He would be there for me.

Sincerely

Robt [signature]



Your Honor,

I have known Lance D. White for his entire life. My name is Tea L Drumgold, and I am Lance's Aunt. Lance's mother was my sister.

My sister was a person of impeccable character, loving and kind, a person people loved and loved being around. My sister, Marilyn White raised her son to be the same kind of person. My wish is that she was still here to support her son (She Died from Cancer in 2010).

Being raised by Marilyn and a huge family of support, Lance has led a life of being a hard worker, a good man, and an amazing father to his son Jackson.

Jackson needs his father in his life, his Dad, his friend, companion and support. Lance puts everything aside to take care of Jackson, his sports goals and

Sent from my iPhone

7

2/17/2024, 7:55 PM

AOL Mail - Nice letter lance    Case 1:23-cr-00360-DLF   Document 20   Filed 02/19/24   Page 16 of 18    https://mail.aol.com/...



dreams. Thanks to Lance, Jack is an accomplished skiier, a black belt in karate, a dirt bike champion and an amazing baseball player. They travel to all parts of the country to play ball!

Please, your honor I ask that you take into consideration the most important part of Lance's life... being a Dad to Jackson.

I appreciate any consideration you give my nephew, he means the world to his son, our family and myself.

Sincerely,

Teri L. Drumgold

2 of 3     2/17/2024, 7:55 PM

Lance White is my employee who has been working for me for appromatly 6 years. He has always been on time for work only missing days due to sickness which is very rare. I know he and his son are heavily involved in baseball and he takes a-lot of time with that. Lance is a dependable person.

Nick Ricciardone 2/17/24
owner First Impression Siding

I have known Lance White for about 4-5 years as a co-worker. Lance and I have always gotten along well, he's well spoken and an intelligent man, he can get argumentative at times but thats just work. I don't know him on a personal level but I do know that he is reliable always shows up and is always there to help those he knows.

Salvadore Ricciardone 2/17/24